Puoy K. Premsrirut, Esq.
Nevada Bar No. 7141
**BROWN BROWN & PREMSRIRUT**
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702) 385-6965 Fax
puoy@brownlawlv.com
*Attorney for Defendant/Counterclaimant*
*New U Life Corporation*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company, | Case No.: 2:19-CV-01816-APG-DJA |
| Plaintiff, | |
| vs. | **MOTION TO DISASSOCIATE COUNSEL AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST FOR DEFENDANT/COUNTERCLAIMANT NEW U LIFE CORPORATION** |
| NEW U LIFE CORPORATION, a California corporation, | |
| Defendant. | |
| NEW U LIFE CORPORATION, a California corporation, | |
| Counterclaimant, | |
| v. | |
| T1 PAYMENTS LLC, a Nevada limited liability company, and DOES I through X, inclusive and ROES I through X, inclusive, | |
| Counter-Defendant. | |

Puoy K. Premsrirut, Esq., of Brown Brown & Premsrirut hereby brings this Motion to Disassociate Counsel and requests the court to remove Amanda Patanaphan, Esq. from the Electronic CM/ECF notifications in this case. Amanda Patanaphan, Esq. is no longer associated with Brown Brown & Premsrirut, and, accordingly, will no longer be serving as counsel for Defendant/Counterclaimant New U Life Corporation and has no further need to receive CM/ECF notifications in this case.

Puoy K. Premsrirut, Esq. of Brown Brown & Premsrirut continues to represent New U Life Corporation and will remain on electronic notice for this matter. No parties are prejudiced by this withdrawal.

DATED this 10th day of September, 2020.

BROWN BROWN & PREMSRIRUT

/s/ Puoy K. Premsrirut
Puoy K. Premsrirut, Esq.
Nevada Bar No. 7141
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702)-385-6965 Fax
puoy@brownlawlv.com
*Attorney for Defendant/Counterclaimant New U Life Corporation*

IT IS SO ORDERED this  14th  day of  September , 2020.

_____
United States Magistrate Judge

2

MOTION TO DISASSOCIATE COUNSEL
(CASE NO. 2:19-cv-01816-APG-DJA)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of September, 2020, a true and correct copy of the foregoing MOTION TO DISASSOCIATE COUNSEL AND REMOVE ATTORNEY FROM ELECTRONIC SERVICE LIST FOR DEFENDANT/COUNTERCLAIMANT NEW U LIFE CORPORATION was filed electronically via the Court's CM/ECF system. Notice of filing will be served on all parties below by operation of the Court's CM/ECF system, and parties may access this filing through the Court's CM/ECF system.

Kory L. Kaplan
KAPLAN COTTNER
850 E. Bonneville Avenue
Las Vegas, Nevada 89101
*Attorney for Plaintiff*
*T1 Payments LLC*

　　　　　　　　　　　　　　　　　　　/s/ Kami C. DeSavio
　　　　　　　　　　　　　　　　　An Employee of BROWN BROWN & PREMSRIRUT

3

MOTION TO DISASSOCIATE COUNSEL
(CASE NO. 2:19-cv-01816-APG-DJA)