DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV 89106
Tele: 702.868.2600; Fax: 702.385.6862
E-Mail: dcanderson@duanemorris.com
tehafen@duanemorris.com

Attorneys for Counterdefendants *J.L. MARC LEFEBVRE* and *LEFEBVRE INTERNATIONAL CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tl PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Defendant.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Counterclaimant,<br><br>v.<br><br>Tl PAYMENTS LLC, a Nevada limited liability company, T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual ; AMBER FAIRCHILD, an individual; J.L. MARC LEFEBVRE, an individual; LEFEBVRE INTERNATIONAL CORPORATION, a Delaware corporation; PAYVISION B.V., a Netherlands limited company,<br><br>Counterdefendants. | Case No.: 2:19-cv-01816-APG-DJA<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR COUNTERDEFENDANTS J. L. MARC LEFEBVRE AND LEFEBVRE INTERNATIONAL CORPORATION TO RESPOND TO FIRST AMENDED COUNTERCLAIM**<br><br>**(FIRST REQUEST)** |

1    Counterdefendants J.L. MARC LEFEBVRE and LEFEBVRE INTERNATIONAL
2    CORPORATION ("Lefebvre Defendants"), by and through their counsel, DUANE MORRIS LLP,
3    and Counterclaimant NEW U LIFE CORPORATION ("Counterclaimant"), by and through its
4    counsel, BROWN BROWN & PREMSRIRUT, and ROME & ASSOCIATES, hereby stipulate,
5    pursuant to LR IA 6-1 and 6-2, to extend the time for the Lefebvre Defendants to respond to
6    Counterclaimant's first amended counterclaim [ECF No. 85], which response is currently due May
7    26, 2021, up to and including **June 16, 2021**.

8    This extension will allow counsel for the Lefebvre Defendants, who were just retained in this
9    matter, to analyze the claims made, discuss this matter with their clients, and obtain and review any
10   relevant documents. This stipulation is filed in good faith and not intended to cause delay.

11   DATED this 24th day of May, 2021.

| BROWN BROWN & PREMSRIRUT<br>ROME & ASSOCIATES | DUANE MORRIS LLP |
|---|---|
| By: /s/ *Briana Dahlberg*<br>Puoy K. Premsrirut (SBN 7141)<br>Eugene Rome (*Pro Hac Vice*)<br>Brianna Dahlberg (*Pro Hac Vice*) | By: /s/ *Tyson E. Hafen*<br>Dominica C. Anderson (SBN 2988)<br>Tyson E. Hafen (SBN 13139) |
| Attorneys for Counterclaimant *NEW U LIFE CORPORATION* | Attorneys for Counterdefendants *J.L. MARC LEFEBVRE* and *LEFEBVRE INTERNATIONAL CORPORATION* |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 25, 2021