# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# SOUTHERN DIVISION

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Defendant.<br><br>AND RELATED COUNTERCLAIMS AND THIRD-PARTY COMPLAINTS. | CASE No. 2:19-cv-01816-APG-DJA<br><br>**ORDER GRANTING MARCIO VASCONCELLOS' MOTION TO WITHDRAW AS *PRO HAC VICE* COUNSEL FOR PAYVISION B.V.**<br><br>**HONORABLE ANDREW P. GORDON**<br><br>*[Filed concurrently with (Notice of Motion and Motion to Withdraw as Pro Hac Vice Counsel)]* |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

MUSICK, PEELER & GARRETT LLP

1377797.1

1

Case No. 2:19-cv-01816-APG-DJA

(PROPOSED) ORDER GRANTING MARCIO VASCONCELLOS' MOTION TO WITHDRAW AS PRO HAC VICE COUNSEL FOR PAYVISION B.V.

# **ORDER**

This matter having come before this Court pursuant to the motion to withdraw as *Pro Hac Vice* counsel for Counter-Defendant PAYVISION B.V. filed by Marcio Vasconcellos.

**GOOD CAUSE APPEARING THEREFORE:**

**IT IS HEREBY ORDERED** that Marcio Vasconcellos is hereby relieved as *Pro Hac Vice* attorneys of record for Counter-Defendant in this action.

DATED: _____June 1st_____, 2021

_____
Daniel J. Albregts
United States Magistrate Judge

Submitted By:

Marcio Vasconcellos (California State Bar No. 313849)
  *m.vasconcellos@musickpeeler.com*

*Pro Hac Vice* Attorney for PAYVISION B.V., a Netherlands limited company
**MUSICK, PEELER & GARRETT LLP**
624 South Grand Avenue, Suite 2000
Los Angeles, California 90017-3383
Telephone (213) 629-7600

1377797.1
2
Case No. 2:19-cv-01816-APG-DJA
(Proposed) Order Granting Marcio Vasconcellos' Motion To Withdraw
As Pro Hac Vice Counsel For Payvision B.V.

MUSICK, PEELER
& GARRETT LLP