PUOY K. PREMSRIRUT, ESQ.
Nevada Bar No. 7141
**BROWN BROWN & PREMSRIRUT**
520 S. Fourth Street, 2nd Floor
Las Vegas, NV 89101
(702) 384-5563
(702) 385-6965 Fax
puoy@brownlawlv.com

**ROME & ASSOCIATES**
Eugene Rome, Esq.
Brianna E. Dahlberg, Esq.
2029 Century Park East, Suite 450
Los Angeles, CA 90067
Tel. (310) 282-0690
erome@romeandassociates.com
bdahlberg@romeandassociates.com
*Attorneys for Defendant/Counterclaimant*
*NEW U LIFE CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>NEW U LIFE CORPORATION, a California corporation<br><br>Defendant.<br><br>[And related Counterclaim] | **Case No. 2:19-cv-01816-APG-DJA**<br><br>**JOINT MOTION TO DISMISS LEFEBVRE PARTIES AS COUNTERCLAIM DEFENDANTS AND REQUEST FOR COURT TO RETAIN JURISDICTION** |

-1-
**JOINT MOTION TO DISMISS LEFEBVRE PARTIES AND RETAIN JURISDICTION**

Defendant and Counterclaimant New U Life Corporation ("New U") and Counterclaim Defendants J.L. Marc Lefebvre and Lefebvre International Corporation ("Lefebvre Parties"), by and through their counsel, hereby stipulate and jointly move the Court for an Order as follows:

WHEREAS, on January 14, 2021, New U filed a First Amended Counterclaim (ECF No. 85) adding Lefebvre Parties as counterclaim defendants in the above-captioned action;

WHEREAS, New U and Lefebvre Parties have entered into a Confidential Settlement Agreement and Release dated August 9, 2021 (the "Settlement Agreement") which has resolved all controversies between New U and Lefebvre Parties related to the action;

WHEREAS, the Settlement Agreement provides that the parties shall take all actions necessary to request that the action be dismissed as to Lefebvre Parties with prejudice, including all counterclaims, with each party bearing his or its own costs, attorneys' fees, and expenses;

WHEREAS, in the Settlement Agreement, New U and Lefebvre Parties further agreed and stated their desire that this Court shall retain jurisdiction over any disputes arising out of, concerning, or relating to the Settlement Agreement;

THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by the moving parties that:

1. New U's First Amended Counterclaim be dismissed with prejudice as to Lefebvre Parties only;
2. New U and Lefebvre Parties will bear their own costs, attorneys' fees, and expenses; and
3. The Court will retain jurisdiction over any disputes between New U and Lefebvre Parties arising out of, concerning, or relating to Settlement Agreement.

///
///
///
///
///
///
///

SO REQUESTED BY THE MOVING PARTIES this 11th day of August, 2021.

| **DUANE MORRIS LLP** | **ROME & ASSOCIATES, A.P.C.** |
|---|---|
| By: /s/ *Tyson E. Hafen*<br>    Dominica C. Anderson (SBN 2988)<br>    Tyson E. Hafen (SBN 13139) | By: /s/ *Brianna Dahlberg*<br>    Eugene Rome (*pro hac vice*)<br>    Brianna Dahlberg (*pro hac vice*) |
| Attorneys for counterclaim defendants *J. L. MARC LEFEBVRE* and *LEFEBVRE INTERNATIONAL CORPORATION* | **BROWN BROWN & PREMSRIRUT**<br><br>Puoy K. Premsrirut (SBN 7174)<br><br>Attorneys for defendant/counterclaimant NEW U LIFE CORPORATION |

**IT IS SO ORDERED** this  12  day of   August  , 2021.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

-3-
**JOINT MOTION TO DISMISS LEFEBVRE PARTIES AND RETAIN JURISDICTION**