VENABLE LLP
ARI N. ROTHMAN (*pro hac vice*)
Email: anrothman@venable.com
P. RANDY SEYBOLD (*pro hac vice*)
Email: rseybold@venable.com
JANE B. BABER (*pro hac vice*)
Email: jbbaber@venable.com
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

KAPLAN COTTNER
KORY L. KAPLAN
Nevada Bar No. 13164
Email: kory@kaplancottner.com
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Telephone: (702) 381-8888
Facsimile: (702) 382-1169

*Attorneys for T1 Payments LLC, T1 Payments Ltd.,
TGlobal Services Ltd., Donald Kasdon, Amber Fairchild,
and Debra King*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>vs.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>  Defendant. | CASE NO. 2:19-cv-01816-APG-DJA<br><br>**JOINT STIPULATION REGARDING TIMING FOR BRINGING CONFIDENTIALITY DESIGNATION MOTIONS UNDER ECF Nos. 92-93** |
| NEW U LIFE CORPORATION, a California corporation,<br><br>  Counterclaimant,<br><br>vs.<br><br>T1 PAYMENTS LLC, et al.,<br><br>  Counterclaim-Defendants. | |

Plaintiff and counterclaim-defendant, T1 Payments LLC; counterclaim-defendants T1 Payments Limited, TGlobal Services Limited, Donald Kasdon, Amber Fairchild, and Debra King (the "T1 Parties"); and defendant and counterclaimant New U Life Corp. (collectively, the "Parties"), submit this joint stipulation regarding the timing to bring a motion under the Joint Stipulated Protective Order, ECF Nos. 92 and 93.  Discovery is stayed as to Payvision, B.V. and the relief sought does not affect Payvision.  Thus, Payvision is not included in this joint stipulation.

On February 2, 2021, T1 Payments and New U Life filed a joint stipulation and proposed order for protection of confidential information disclosed during discovery (ECF No. 92), which the Court entered on February 3 (ECF No. 93).  The joint stipulation provides a procedure for designating materials produced during discovery confidential, as well as challenging the confidentiality designation. (See ECF No. 92 at 3–6.)  To challenge another party's confidentiality designation, the parties must hold a meet and confer to attempt to resolve the challenge in good faith.  If the parties cannot resolve a challenge, the protective order states that the party designating confidentiality "may file and serve a motion to retain confidentiality by no later than 14 days after the parties first meet and confer…" (Id. at 6, Section 4(c).)

The Parties' counsel met and conferred on December 14, 2021, regarding mutual challenges to confidentiality designations.  The Parties were unable to resolve their mutual challenges and therefore wish to bring motions to retain confidentiality.  However, the deadline for bringing such motions is currently December 28, 2021.  Due the holidays and the Parties' counsel's schedules, the Parties have agreed to extend the deadline to bring such motions until January 11, 2022.

. . .

. . .

. . .

. . .

. . .

. . .

. . .

1

THEREFORE, the Parties stipulate and agree, through their respective counsel, that good cause exists to extend the deadlines set forth in the stipulated protective order (ECF No. 92) and allow the Parties to bring motions to maintain confidentiality designations by January 11, 2022. Granting the requested relief will not affect any other deadline in the litigation.

Dated this 16th day of December, 2021.

Respectfully submitted,

KAPLAN COTTNER

/s/ Kory L. Kaplan
KORY L. KAPLAN
VENABLE LLP
ARI N. ROTHMAN (*pro hac vice*)
P. RANDY SEYBOLD (*pro hac vice*)
JANE B. BABER (*pro hac vice*)

*Attorneys for T1 Payments LLC, T1 Payments Ltd., TGlobal Services Ltd., Donald Kasdon, Amber Fairchild, and Debra King*

By: /s/ Brianna Dahlberg

BROWN BROWN & PREMSRIRUT
Puoy K. Premsrirut, Esq.

ROME & ASSOCIATES
Brianna Dahlberg, Esq.
Eugene Rome, Esq.

*Attorneys for Defendant and Counterclaimant New U Life Corporation*

IT IS SO ORDERED:

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED:  December 17, 2021

KAPLAN COTTNER
850 E. Bonneville Ave.
Las Vegas, Nevada 89101
Tel: (702) 381-8888   Fax: (702) 382-1169