Aaron D. Shipley (NSBN 8258)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: ashipley@mcdonaldcarano.com
       tteegarden@mcdonaldcarano.com
*Attorney for T1 Payments, LLC, Donald Kasdon,
T1 Payments, Ltd., TGlobal Services Ltd.,
Amber Fairchild, and Debra Karen King*

UNITED STATES DISTRICT COURT

CLARK COUNTY, NEVADA

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Defendant.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>T1 PAYMENTS LLC, et al.,<br><br>Counterclaim-Defendants. | Case No.: 2:19-cv-01816-APG-DJA<br><br>**CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** |

Notice is hereby given that, subject to approval by the Court, Defendant T1 Payments, LLC, Donald Kasdon, T1 Payments, Ltd., TGlobal Services Ltd., Amber Fairchild, Debra Karen King hereby authorizes and consents to the substitution of Aaron D. Shipley of McDonald Carano, LLP as attorney of record in the above-entitled action, in the place and stead of Kory K. Kaplan of Kaplan Cottner.

/ / /

/ / /

Contact information for new counsel is as follows:

Aaron D. Shipley (NSBN 8258)
ashipley@mcdonaldcarano.com
McDonald Carano, LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: 702-873-4100

I consent to the above substitution.

Dated this ___ day of February, 2022.

T1 PAYMENTS, LLC

By: /s/ Debra King

T1 PAYMENTS, LTD.

By: /s/ Debra King

AMBER FAIRCHILD

/s/ Amber Fairchild
Amber Fairchild

DONALD KASDON

/s/ Donald Kasdon
Donald Kasdon

TGLOBAL SERVICES, LTD.

By: /s/ Debra King

DEBRA KAREN KING

/s/ Debra King
Debra Karen King

I consent to be substituted.

Dated this 17 day of February, 2022.

McDONALD CARANO LLP

/s/ Aaron D. Shipley
Aaron D. Shipley (NSBN 8258)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
ashipley@mcdonaldcarano.com

///

///

4862-8213-1980, v. 1

DocuSign Envelope ID: 172FD5B5-50FC-43F4-91D7-1514EB220CA7

I consent to the above substitution.

Dated this __16__ day of February, 2022.

KAPLAN COTTNER

_____
Kory K. Kaplan (NSBN 13164)
850 East Bonneville Avenue
Las Vegas, Nevada 89101
kory@kaplancottner.com

The substitution of attorney is hereby approved and so ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: February 22, 2022

4862-8213-1980, v. 1

## CERTIFICATE OF SERVICE

I certify that I am an employee of McDonald Carano LLP, and that on the 17 day of February, 2022, a true and correct copy of the foregoing **CONSENT ORDER GRANTING SUBSTITUTION OF COUNSEL** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

/s/ *[signature]*

An employee of McDonald Carano LLP

4

4862-8213-1980, v. 1