1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company, | CASE NO.: 2:19-cv-01816-ART-DJA |
| Plaintiff, | **ORDER APPROVING ERRATA TO JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE (ECF No. 247) ON PAYVISION B.V.'S MOTION TO DISMISS SECOND AMENDED COUNTERCLAIM (ECF No. 239)** |
| v. | |
| NEW U LIFE CORPORATION, a California corporation, | |
| Defendant. | **(First Request)** |
| | Current Opposition Date: June 27, 2022<br>Requested Opposition Date: July 11, 2022 |
| | Current Reply Date: July 5, 2022<br>Requested Reply Date: July 25, 2022 |
| AND RELATED COUNTERCLAIM | |

Pursuant to Local Rule IA 6-1, Defendant and Counterclaimant New U Life Corporation ("New U Life") and Counterclaim Defendant Payvision B.V. ("Payvision") (collectively, the "Stipulating Parties") jointly file this Errata to ECF No. 247. Specifically, the date of Payvision's Reply should have been July 25, 2022 and not July 18, 2022.

1

Accordingly, and for good cause shown in ECF No. 247, the Stipulating Parties respectfully request that the Court grant the following extensions to the briefing schedule:

|  | Current date: | New date: |
|---|---|---|
| New U Life's Opposition: | June 27, 2022 | July 11, 2022 |
| Payvision's Reply: | July 5, 2022 | July 25, 2022 |

Date: June 22, 2022                         Respectfully submitted,

By: /s/ Brianna Dahlberg
    BROWN BROWN & PREMSRIRUT
    Puoy K. Premsrirut
    ROME & ASSOCIATES, A.P.C.
    Brianna Dahlberg (*pro hac vice*)
    Eugene Rome (*pro hac vice*)

    *Attorneys for New U Life Corporation*


/s/ Giorgio A. Sassine
GIBBS GIDEN LOCHER TURNER & SENET
Richard Edward Haskin
MUSICK, PEELER & GARRETT LLP
Nathan D. O'Malley
Peter J. Diedrich
Giorgio A. Sassine

*Attorneys for Payvision B.V.*


IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

DATED:        June 23, 2022

2