VENABLE LLP
ARI N. ROTHMAN (*pro hac vice*)
Email: anrothman@venable.com
P. RANDY SEYBOLD (*pro hac vice*)
Email: rseybold@venable.com
JANE B. BABER (*pro hac vice*)
Email: jbbaber@venable.com
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 344-4000
Facsimile: (202) 344-8300

Aaron D. Shipley (NSBN 8258)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
Telephone: (702) 873-4100
Facsimile: (702) 873-9966
Email: ashipley@mcdonaldcarano.com
tteegarden@mcdonaldcarano.com

*Attorneys for Pixxles Ltd.*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

T1 PAYMENTS LLC, a Nevada limited liability company,

Plaintiff,

vs.

NEW U LIFE CORPORATION, a California corporation,

Defendant.

NEW U LIFE CORPORATION, a California corporation,

Counterclaimant,

vs.

T1 PAYMENTS LLC, et al.,

Counterclaim-Defendants.

Case No.: 2:19-cv-01816-ART-DJA

**JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON PIXXLES LTD.'S MOTION TO DISMISS NEW U LIFE CORP.'S SECOND AMENDED COUNTERCLAIM [ECF No. 266]**

**(First Request)**

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Specially-appearing counterclaim-defendant Pixxles Ltd. and counterclaimant New U Life stipulate to permit Pixxles Ltd. to file its reply in support of its pending motion to dismiss on or before August 31, 2022. Pixxles Ltd. submits that good cause exists to grant the extension sought by this stipulation for the reasons set forth below.

## I. PROCEDURAL BACKGROUND

On August 1, 2022, Pixxles Ltd. filed a timely motion to dismiss New U Life's Second Amended Counterclaim (ECF No. 215, "SACC") for lack of personal jurisdiction and for failure to state a claim pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6). (ECF No. 266.) New U Life filed its opposition to Pixxles Ltd.'s motion to dismiss on August 15, 2022. (ECF No. 270.) Pursuant to LR 7-2(b), the deadline for Pixxles Ltd. to file a reply in support of its motion to dismiss is August 22, 2022. Pixxles Ltd. and New U Life stipulate to extend that response to date to and through August 31, 2022.

## II. GOOD CAUSE EXISTS TO EXTEND THE BRIEFING SCHEDULE

Pixxles Ltd. submits that good cause exists to grant a modest extension for Pixxles Ltd. to reply to New U Life's opposition to Pixxles Ltd.'s motion to dismiss from August 22, 2022, to August 31, 2022. This is the first stipulation for extension of time related to this motion. Pixxles Ltd. represents that its lawyers will be traveling over the next two weeks and must also attend to the press of other business.

Pixxles Ltd. submits that its request is not made for the purposes of delay, but rather is in the best interest of the parties and judicial efficiency. In so stipulating, Pixxles Ltd. is not consenting to the personal jurisdiction of this Court or otherwise waiving any rights or defenses.

Accordingly, Pixxles Ltd. requests that the Court modify Pixxles Ltd.'s briefing schedule and permit Pixxles Ltd. to file its reply in support of its motion to dismiss on or before **August 31, 2022**. New U Life has consented to this extension.

*(Signatures on following page)*

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

Dated this 18th day of August, 2022.

McDONALD CARANO, LLP

By: /s/ Aaron D. Shipley
Aaron D. Shipley (NSBN 8258)
Tara U. Teegarden (NSBN 15344)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102

VENABLE LLP
Ari N. Rothman (*pro hac vice*)
P. Randy Seybold (*pro hac vice*)
Jane B. Baber (*pro hac vice*)
600 Massachusetts Avenue, N.W.
Washington, D.C. 20001

*Attorneys for Pixxles Ltd.*

By: */s/ Brianna Dahlberg*
BROWN BROWN & PREMSRIRUT
Puoy K. Premsrirut
ROME & ASSOCIATES, A.P.C.
Brianna Dahlberg (*pro hac vice*)
Eugene Rome (*pro hac vice*)

*Attorneys for New U Life Corporation*

**IT IS SO ORDERED.**

DATED: August 22, 2022

______________________________
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

McDONALD CARANO
2300 WEST SAHARA AVENUE, SUITE 1200 • LAS VEGAS, NEVADA 89102
PHONE 702.873.4100 • FAX 702.873.9966

**CERTIFICATE OF SERVICE**

I certify that I am an employee of McDonald Carano LLP, and that on the 18th day of August, 2022, a true and correct copy of the foregoing **JOINT STIPULATION TO EXTEND BRIEFING SCHEDULE ON PIXXLES LTD.'S MOTION TO DISMISS NEW U LIFE CORP.'S SECOND AMENDED COUNTERCLAIM [ECF No. 266]** was electronically filed with the Clerk of the Court by using CM/ECF service which will provide copies to all counsel of record registered to receive CM/ECF notification.

*/s/ Leah Jennings*
An employee of McDonald Carano LLP