**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>           Plaintiff,<br><br>vs.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>           Defendant. | Case No.:  2:19-cv-01816-ART-DJA<br><br>**ORDER APPROVING**<br><br>**JOINT STIPULATED MOTION TO SET BRIEFING SCHEDULE FOR FILING OBJECTIONS TO MAGISTRATE JUDGE ALBREGTS' ORDER ON ECF No. 225**<br>**(First Request)** |
| NEW U LIFE CORPORATION, a California corporation,<br><br>           Counterclaimant,<br><br>vs.<br><br>T1 PAYMENTS LLC, et al.,<br><br>           Counterclaim-Defendants. | |

Plaintiff and counterclaim-defendant T1 Payments LLC, counterclaim-defendants Donald Kasdon and Amber Fairchild ("T1 Parties") and defendant and counterclaimant New U Life Corp. submit this joint stipulated motion at the request of the T1 Parties to extend the deadline and establish a briefing schedule for any objections to Magistrate Judge Albregts' October 14, 2022 Order on the T1 Parties' motion for a protective order (ECF No. 225). This motion is made pursuant to Federal Rule of Civil Procedure 72, LR IA 6-1, and LR IB 3-1. This is the first request for an extension.

On Friday, October 14, 2022, Magistrate Judge Albregts held a hearing to address several pending motions, including the T1 Parties' motion for a protective order (ECF No. 225). Magistrate Judge Albregts granted ECF No. 225 in part and denied it in part "as stated on the record." (ECF No. 283.) The T1 Parties promptly submitted an expedited request for a transcript of the October 14, 2022, proceedings that serve as Magistrate Judge Albregts' Order so that they could evaluate it and determine what, if any, objections to raise. However, the parties received the transcript on October 24, 2022, thereby giving them only a few days to make this determination and file any objections.

The parties have conferred and New U Life stated it would not oppose a one-week extension of time for the T1 Parties to file any objections to the Magistrate Judge's Order if they decide to do so. This request is made in good faith and not for the purposes of delay. Good cause exists to grant the proposed extension so that the T1 Parties can review the transcript of proceedings to determine what, if any, objections they might file and to file those objections. The T1 Parties submit that out of town travel of counsel and the press of other business this week also are complicating the T1 Parties' ability to assess and file any objections this week. The T1 Parties submit that the schedule proposed below adequately addresses these concerns and is in the best interest of judicial efficiency. Accordingly, and for good cause shown, the T1 Parties, with New U Life's consent, respectfully request that the Court enter the following briefing schedule:

/ / /

/ / /

/ / /

/ / /

Page 1

- The T1 Parties' deadline to file objections to Magistrate Judge Albregts' Order on ECF No. 225 shall be November 4, 2022;

- New U Life's deadline to file its response to the T1 Parties' objections shall be November 18, 2022.

Dated this 25th day of October, 2022.

| McDONALD CARANO, LLP | ROME & ASSOCIATES |
|---|---|
| By: */s/ Aaron D. Shipley*<br>Aaron D. Shipley (NSBN 8258)<br>Tara U. Teegarden (NSBN 15344)<br>2300 West Sahara Avenue, Suite 1200<br>Las Vegas, Nevada 89102<br><br>VENABLE LLP<br>Ari N. Rothman (*pro hac vice*)<br>P. Randy Seybold (*pro hac vice*)<br>Jane B. Baber (*pro hac vice*)<br>600 Massachusetts Avenue, N.W.<br>Washington, D.C. 20001<br><br>*Attorneys for T1 Payments LLC, Donald Kasdon, and Amber Fairchild* | By: */s/ Brianna Dahlberg*<br>Puoy K. Premsrirut (NSBN 7141)<br>BROWN BROWN & PREMSRIRUT<br>520 S. Fourth Street, 2nd Floor<br>Las Vegas, NV 89101<br><br>Eugene Rome, Esq. (pro hac vice)<br>Brianna E. Dahlberg, Esq. (pro hac vice)<br>2029 Century Park East, Suite 450<br>Los Angeles, CA 90067<br><br>*Attorneys for New U Life Corporation* |

IT IS SO ORDERED:

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE
DATED: October 27, 2022