**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| T1 Payments LLC,<br><br>              Plaintiff,<br><br>    v.<br><br>New U Life Corporation,<br><br>              Defendant.<br><br>And related counterclaims. | Case No. 2:19-cv-01816-ART-DJA<br><br>**Order** |

      Aaron D. Shipley, Esq. and Tara Teegarden, Esq. of the law firm McDonald Carano LLP move to withdraw as counsel of record for T1 Payments LLC; T1 Payments Ltd.; TGlobal Services Ltd.; Donald Kadson; Amber Fairchild; Debra King; TGlobal Services LLC; Pixxels LLC; and Pixxels Ltd.  (ECF No. 301).  The Court finds that counsel has met the requirements of Local Rule IA 11-6(b).  Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d).  Because they are companies, T1 Payments LLC; T1 Payments Ltd.; TGlobal Services Ltd.; TGlobal Services LLC; Pixxels LLC; and Pixxels Ltd. must retain counsel to proceed in this action.  *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).

      **IT IS THEREFORE ORDERED** that Shipley and Teegarden's motion to withdraw (ECF No. 301) is **granted.**

      **IT IS FURTHER ORDERED** that T1 Payments LLC; T1 Payments Ltd.; TGlobal Services Ltd.; TGlobal Services LLC; Pixxels LLC; and Pixxels Ltd. must file a status report regarding their retention of counsel in this matter on or before **May 30, 2023.**

**IT IS FURTHER ORDERED** that Amber Fairchild, Donald Kadson, and Debra King must inform the Court on or before **May 30, 2023** whether they intend to obtain new counsel or proceed *pro se* in this matter.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place the below addresses on the docket and send a copy of this Order to their last known address:

**T1 Payments LLC**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

**TGlobal Services, LLC**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

**Pixxels Ltd.**
78 Cannon St.
London EC4N 6AF
United Kingdom

**Pixxels, LLC**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

**T1 Payments Ltd.**
290 Moston Lane
Manchester, England
M40 9WB

**Donald Kadson**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

**Debra King**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

**Amber Fairchild**
10161 W. Park Run Drive, Suite 150
Las Vegas, NV 89145

DATED: April 28, 2023

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE