Nathan D. O'Malley (California Bar No. 212193 - *Pro Hac Vice*)
Peter J. Diedrich (California Bar No. 101649 - *Pro Hac Vice*)
Giorgio A. Sassine (California Bar No. 324639 - *Pro Hac Vice*)
MUSICK, PEELER & GARRETT LLP
333 South Hope Street, Suite 2900
Los Angeles, California 90071-1406
Telephone: (213) 629-7600
Facsimile: (213) 624-1376

Attorneys for PAYVISION B.V., a Netherlands limited liability company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company,<br><br>  Plaintiff,<br><br>  vs.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>  Defendant. | Case No. 2:19-cv-01816-ART-DJA<br><br>**REQUEST BY MUSICK PEELER & GARRETT LLP TO BE REMOVED FROM NOTICE OF ELECTRONIC FILING**<br><br>**[SPECIAL APPEARANCE ONLY]** |
| NEW U LIFE CORPORATION, a California corporation,<br><br>  Counterclaimant,<br><br>  vs.<br><br>T1 PAYMENTS LLC, a Nevada limited liability company, et al.,<br><br>  Counterclaim-Defendants. | |

**BY SPECIAL APPEARANCE ONLY**, Nathan D. O'Malley, Peter J. Diedrich, and Giorgio A. Sassine of the law firm Musick, Peeler & Garrett LLP (collectively, "MPG") hereby respectfully request that they be removed from the Notice of Electronic Filing ("NCF") for the above-captioned matter, for the reasons stated herein.

On December 22, 2022, defendant and counterclaimant NEW U LIFE CORPORATION ("New U Life") filed a Notice of Voluntary Dismissal with Prejudice as to PAYVISION B.V ("Payvision"). ECF No. 298. The Court recognized Payvision's dismissal with prejudice in its Minute Order in Chambers dated February 22, 2023. ECF No. 300. Accordingly, MPG prefers to no longer receive courtesy notifications of court orders and all other pleadings entered on the docket in the above-captioned matter via the NCF.

October 9, 2023

MUSICK, PEELER & GARRETT LLP

By /s/ Giorgio Sassine
_____
Peter J. Diedrich
Nathan D. O'Malley
Giorgio A. Sassine
Attorneys for PAYVISION B.V., a Netherlands limited liability company

**IT IS SO ORDERED.**

DATED: 10/11/2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

MUSICK, PEELER & GARRETT LLP

2222014.1                                        2                       Case No. 2:19-cv-01816-ART-DJA
REQUEST BY MUSICK PEELER & GARRETT LLP TO BE
REMOVED FROM NOTICE OF ELECTRONIC FILING