Jason A. Imes Esq., NV Bar No. 7030
Fox, Imes & Crosby LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Telephone: (702) 382-1007
Facsimile: (702) 382-1921
E-Mail: info@FICLegal.com
*Attorneys for Lenard E. Schwartzer
Chapter 7 Trustee for T1 Payments, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| T1 PAYMENTS, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br>v.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>Defendant. | Case No.: 2:19-cv-01816-ART-DJA<br><br>**STIPULATION TO SUBSTITUTE LENARD E. SCHWARTZER, CHAPTER 7 TRUSTEE FOR T1 PAYMENTS, LLC, AS REAL PARTY IN INTEREST TO PURSUE CLAIMS OF T1 PAYMENTS, LLC** |
| NEW U LIFE CORPORATION, a California corporation,<br><br>Counterclaimant,<br>v.<br><br>T1 PAYMENTS, LLC, et. al.,<br><br>Counterclaim-Defendants. | |

Lenard E. Schwartzer, Chapter 7 Trustee for T1 Payments, LLC, by and through his undersigned counsel, defendant and counterclaimant New U Life Corp. ("New U Life") by and through its undersigned counsel, and counterclaim-defendants Donald Kasdon, Amber Fairchild, Debra King, Pixxles, LLC, and Pixxles, Ltd., by and through their undersigned counsel (collectively the "Parties"), hereby submit this joint stipulated motion to substitute LENARD E. SCHWARTZER, CHAPTER 7 TRUSTEE FOR T1 PAYMENTS, LLC, as the real party in interest to pursue the claims of T1 Payments, LLC, in this proceeding.

1. Plaintiff T1 Payments, LLC, commenced this action by filing its Complaint [ECF No. 1] on October 17, 2019.

2. Defendant New U Life filed its Answer and Counterclaim against T1 Payments, LLC, T1 Payments, Ltd., TGlobal Services, Ltd., TGlobal Services, LLC, Donald Kasdon, Amber Fairchild, Debra King, Payvision B.V, Pixxles, LLC, and Pixxles, Ltd. [ECF No. 8] on November 30, 2019.

3. New U Life filed its first amended counterclaim on January 14, 2021 [ECF No. 84].

4. On January 30, 2023, T1 Payments, LLC, filed for Chapter 7 relief in the United State Bankruptcy Court, District of Nevada, Case No. 23-10290-mkn (the "T1 Bankruptcy Case").

5. On January 30, 2023, Chapter 7 Trustee Lenard E. Schwartzer (the "Trustee") was appointed as the Chapter 7 Trustee for the T1 Bankruptcy Case. Upon the filing of the Bankruptcy Case and appointment of the Trustee, debtor T1 Payments, LLC's standing to pursue its claims in this case passed to the Trustee.

**THEREFORE**, the Parties hereby stipulate and agree the Trustee shall be substituted as the real party in interest to pursue the claims of T1 Payments, LLC, as plaintiff in this proceeding.

Dated this 8th day of February, 2024                Dated this 8th day of February, 2024

 /s/ Jason A. Imes                                   /s/ Puoy K. Premsrirut
Jason A. Imes, Esq. (7030)                          Puoy K. Premsrirut (7141)
FOX, IMES & CROSBY LLC                              BROWN BROWN & PREMSRIRUT
601 S. 10th St., Suite 202                          520 S. Fourth Street, 2nd Floor
Las Vegas, Nevada 89101                             Las Vegas, NV 89101

*Attorneys for Lenard E. Schwartzer,*               Eugene Rome, Esq. (pro hac vice)
*Chapter 7 Trustee for T1 Payments, LLC*            Brianna E. Dahlberg, Esq. (pro hac vice)
                                                    ROME LLP
                                                    2029 Century Park East, Suite 450
                                                    Los Angeles, CA 90067

                                                    *Attorneys for Defendant/Counterclaimant*
                                                    *NEW U LIFE CORPORATION*

[ Signatures Continued on Next Page ]

1 | Dated this 8th day of February, 2024

3 | /s/ Jeffrey R. Hall
4 | Jeffrey R. Hall (9572)
| Matthew S. McLaughlin (16110)
5 | HUTCHISON & STEFFEN, PLLC
| Peccole Professional Park
6 | 10080 West Alta Drive, Suite 200
7 | Las Vegas, Nevada 89145

8 | *Attorneys for counter defendants Donald Kasdon, Debra King, Amber Fairchild, Pixxles, LLC, and Pixxles, Ltd.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/9/2024

Fox, Imes & Crosby LLC
601 S. 10th Street, Suite 202
Las Vegas, Nevada 89101
Tel: (702) 382-1007 · Fax: (702) 382-1921