UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| T1 Payments LLC, | Case No. 2:19-cv-01816-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| New U Life Corporation, | |
| Defendant. | |
| And related counterclaims. | |

Jeffrey R. Hall, Esq. and Matthew S. McLaughlin, Esq. of the law firm Hutchison & Steffen, PLLC move to withdraw as counsel of record for Donald Kadson; Debra King; Amber Fairchild; Pixxels LTD; and Pixxels, LLC. (ECF No. 351). The Court finds that counsel has met the requirements of Local Rule IA 11-6(b). Additionally, no party has opposed the motion, constituting their consent to the Court granting it under Local Rule 7-2(d). Because they are companies, Pixxels LLC; and Pixxels, Ltd. must retain counsel to proceed in this action. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel).[1]

---

[1] Mr. Hall and Mr. McLaughlin represent that Kadson; King; Fairchild; Pixxels LLC; and Pixxels, Ltd. are represented by counsel in Florida and provides Florida counsel's addresses to contact these parties. However, Florida counsel has not sought to appear *pro hac vice* in this action. The Court will thus send a copy of this order to the listed Florida counsel and will place their address on the docket, but will not construe them as representing these parties in this matter.

1  **IT IS THEREFORE ORDERED** that the motion to withdraw (ECF No. 351) is
2  **granted.**
3  **IT IS FURTHER ORDERED** that Pixxels LLC; and Pixxels, Ltd. must file a status
4  report regarding their retention of counsel in this matter on or before **August 2, 2024.**
5  **IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place the
6  below addresses on the docket and send a copy of this Order to the parties last known addresses:

**Donald Kadson**
c/o Carlos A. Rodriguez, Esq.
Carlos A. Rodriguez Law PLLC
9271 SW 52nd Ter
Miami, FL 33165-6517
(305) 562-2254
carlos@carodriguezlaw.com

**Debra King**
c/o Carlos A. Rodriguez, Esq.
Carlos A. Rodriguez Law PLLC
9271 SW 52nd Ter
Miami, FL 33165-6517
(305) 562-2254
carlos@carodriguezlaw.com

**Amber Fairchild**
c/o Carlos A. Rodriguez, Esq.
Carlos A. Rodriguez Law PLLC
9271 SW 52nd Ter
Miami, FL 33165-6517
(305) 562-2254
carlos@carodriguezlaw.com

**Pixxels LLC**
c/o Carlos A. Rodriguez, Esq.
Carlos A. Rodriguez Law PLLC
9271 SW 52nd Ter
Miami, FL 33165-6517
(305) 562-2254
carlos@carodriguezlaw.com

///

**Pixxels, Ltd.**
c/o Carlos A. Rodriguez, Esq.
Carlos A. Rodriguez Law PLLC
9271 SW 52nd Ter
Miami, FL 33165-6517
(305) 562-2254
carlos@carodriguezlaw.com

DATED: July 3, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE