# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| T1 Payments LLC, | Case No. 2:19-cv-01816-ART-DJA |
| Plaintiff, | |
| v. | **Order** |
| New U Life Corporation, | |
| Defendant. | |
| And related counterclaims. | |

On July 3, 2024, the Court granted Jeffrey R. Hall, Esq. and Matthew S. McLaughlin, Esq. of the law firm Hutchison & Steffen, PLLC's motion to withdraw as counsel of record for Pixxels, Ltd. and Pixxels, LLC. (ECF No. 354). In that order, the Court pointed out that corporations must be represented by counsel and ordered that the Pixxels entities file a status report regarding their retention of counsel on or before August 2, 2024. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016) (explaining that corporations must be represented by counsel). The Court also required that the order granting the motion to withdraw be mailed to the Pixxels entities.

To date, neither Pixxels entity has filed a status report. The Court will thus require both Pixxels entities to show cause why the Court should not recommend sanctions, which may include dispositive sanctions, under Local Rule IA 11-8 for the Pixxels entities' failure to comply with this Court's order (ECF No. 354) and failure to update their contact information as required by Local Rule IA 3-1. The Pixxels entities must file a response to this order on or before September 5, 2024.

**IT IS THEREFORE ORDERED** that Pixxels LTD and Pixxels, LLC must file a response to this order on or before **September 5, 2024.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this order to Pixxels, LLC and Pixxels, Ltd.

**IT IS FURTHER ORDERED that failure to comply with this order may result in a recommendation of sanctions.**

DATED: August 6, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE