# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

T1 Payments LLC,

              Plaintiff,

    v.

New U Life Corporation,

              Defendant.

And related counterclaims.

Case No. 2:19-cv-01816-ART-DJA

**Order**

This matter is before the Court on Pixxels, Ltd. and Pixxels, LLC's response to the Court's order to show cause. (ECF No. 361). On August 6, 2024, the Court ordered the Pixxels entities to show cause why the Court should not enter sanctions for the Pixxels parties' failure to comply with the Court's prior order. (ECF No. 355). The Court had ordered the Pixxels parties to file a status report regarding their retention of counsel and to update their contact information. On September 5, 2024, the Pixxels parties—through their counsel—filed a status report explaining that they had retained counsel. (ECF No. 361). Given that the Pixxels parties now have counsel, the Court deems its order to show cause satisfied.

**IT IS THEREFORE ORDERED** that the Court's order to show cause (ECF No. 355) is deemed **satisfied.**

DATED: September 30, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE