DOMINICA C. ANDERSON (SBN 2988)
TYSON E. HAFEN (SBN 13139)
**DUANE MORRIS LLP**
100 North City Parkway, Suite 1560
Las Vegas, NV  89106
Tele: 702.868.2600; Fax:  702.385.6862
E-Mail:  dcanderson@duanemorris.com
          tehafen@duanemorris.com

Attorneys for *J. L. MARC LEFEBVRE* and
*LEFEBVRE INTERNATIONAL
CORPORATION*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| Tl  PAYMENTS LLC, a Nevada limited liability company,<br><br>          Plaintiff,<br><br>     v.<br><br>NEW U LIFE CORPORATION, a California corporation,<br><br>          Defendant. | Case No.:  2:19-cv-01816-ART-~~DJA~~  NJK<br><br><br>**REQUEST TO REMOVE COUNSEL FROM CM/ECF SERVICE LIST AND FOR DISCONTINUATION OF NOTICE** |
| NEW U LIFE CORPORATION, a California corporation,<br><br>          Counterclaimant,<br><br>     v.<br><br>Tl  PAYMENTS LLC, a Nevada limited liability company, T1 PAYMENTS LIMITED, a United Kingdom private limited company; TGLOBAL SERVICES LIMITED, a United Kingdom private limited company; DONALD KASDON, an individual; DEBRA KAREN KING aka DEBRA KAREN KASDON, an individual ; AMBER FAIRCHILD, an individual; J.L. MARC LEFEBVRE, an individual; LEFEBVRE INTERNATIONAL CORPORATION, a Delaware corporation; PAYVISION B.V., a Netherlands limited company,<br><br>          Counterclaim-Defendants. | |

Dominica C. Anderson and Tyson E. Hafen of Duane Morris LLP, counsel for J. L. MARC LEFEBVRE and LEFEBVRE INTERNATIONAL CORPORATION, bring this Request to Remove Counsel from CM/ECF Service List and or Discontinuance of Notice.

J. L. MARC LEFEBVRE and LEFEBVRE INTERNATIONAL CORPORATION were dismissed from this action on or around August 12, 2021 by Order of this Court (*see* ECF No. 155). Therefore, it is no longer necessary for the above-named counsel to receive further CM/ECF notice in this matter.  Accordingly, it is requested that Dominica C. Anderson and Tyson E. Hafen, be removed from the CM/ECF service list.

DATED February 10, 2026.                      DUANE MORRIS LLP

By:   /s/ *Tyson E. Hafen*
        Dominica C. Anderson (SBN 2988)
        Tyson E. Hafen (SBN 13139)

Attorneys for *J. L. MARC LEFEBVRE* and
*LEFEBVRE INTERNATIONAL CORPORATION*

IT IS SO ORDERED.
Dated:  February 11, 2026
.
.
_____
Nancy J. Koppe
United States Magistrate Judge