# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| T1 PAYMENTS LLC, a Nevada limited liability company, | CASE NO.: 2:19-cv-01816-ART-DJA |
| Plaintiff, | **ORDER GRANTING** |
| v. | **JOINT STIPULATION TO EXTEND DEADLINE TO FILE REPLY BRIEFING IN SUPPORT OF MOTIONS FOR SUMMARY JUDGMENT** |
| NEW U LIFE CORPORATION, a California corporation, | |
| Defendant. | **FIRST REQUEST** |
| AND RELATED COUNTERCLAIM | |

Defendant/Counterclaimant New U Life Corporation ("*New U Life*") and Counterclaim Defendants Donald Kasdon, Amber Fairchild, Debra King, Pixxels LLC, and Pixxles, Ltd collectively the "*Counter-Defendants*") (together with New U, the "*Parties*") hereby submit this joint stipulation to extend the deadline for both New U Life and Counter-Defendants to file their respective reply briefs in support of their pending Motions for Summary Judgment (ECF No. 372 and ECF No. 373). These reply briefs currently are due on February 12, 2026, which deadline has not yet elapsed. The Parties request a brief extension until February 24, 2026, to file such briefs. This request is made pursuant to LR 6-1 and is the first request for an extension.

This request is made at the request of New U Life due to work schedule conflicts, including numerous substantive brief filings due prior to and around the current, unexpired deadline for filing New U Life's reply in support of its Motion for Summary Judgment.  Upon inquiry by New U Life, Counter-Defendants concurred due to Counter-Defendants' obligations in other proceedings not before this Court, and recent travel and personal obligations of Counter-Defendants' counsel. Accordingly, the Parties seek this extension in good faith, without prejudice to any party, and not for the purposes of delay.  For good cause shown, the Parties respectfully request that the Court extend the current February 12, 2026 deadline for the filings of their respective replies in support of the pending cross-motions for summary judgment (ECF No. 372 and ECF No. 373) up to and including **February 24, 2026**.

/ / /

/ / /

/ / /

DATED this 9th day of February 2026.

**BROWN BROWN & PREMSRIRUT**

_/s/ Puoy K. Premsrirut_
Puoy K. Premsrirut, Esq.
520. South Fourth Street.  2nd Floor
Las Vegas, NV 89101
Telephone: (702) 384-5563
Fax: (702) 385-6965
puoy@brownlawlv.com

*Attorneys for Defendant / Counterclaimant*
*New U Life Corporation*

**HOLLAND & HART LLP**

_/s/  J. Malcom DeVoy_
Robert Cassity
J. Malcolm DeVoy
Erica C. Medley
Caitlan J. McMasters
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

Carlos A. Rodriguez (*Pro hac vice pending*)
**CARLOS A. RODRIGUEZ LAW PLLC**
9271 SW 52 Terr.
Miami, FL 33165

*Attorneys for Counterclaim*
*Defendants Donald Kasdon, Debra*
*King, Amber Fairchild, Pixxels LLC,*
*and Pixxels, Ltd.*

IT IS SO ORDERED on this 11th day of February 2026.

ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2